UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHELLE GUIDRY

VERSUS

REBECCA DONALDSON, ET AL.

CIVIL ACTION

26-456-SDD-RLB

## RULING

The Court has carefully considered the *Motion,*[1] *record*, the law applicable to this action, and the *Report and Recommendation*[2] of United States Richard L. Bourgeois, Jr. dated June 25, 2026, to which to which an *Objection*[3] was filed.  The Court has considered Plaintiff's Objection. In her Objection, Plaintiff attempts to cure deficiencies in her Motion by raising arguments that were not presented to the Magistrate Judge. Such arguments are not properly raised for the first time in objections to a Report and Recommendation. Having conducted a de novo review of the portions of the Report and Recommendation to which Plaintiff objects, the Court concludes that the Objection lacks merit.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's *Emergency Motion for Temporary Restraining Order and Preliminary Injunction*[4] is DENIED.

Signed in Baton Rouge, Louisiana, on this 9th day of July, 2025.

CHIEF JUDGE SHELLY D. DICK
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 8.
[3] Rec. Doc. 11.
[4] Rec. Doc. 6.