**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

MICHELLE GUIDRY

VERSUS

REBECCA DONALDSON, ET AL.

CIVIL ACTION

26-456-SDD-RLB

**RULING**

The Court has carefully considered the *Motion,*[1] *record*, the law applicable to this action, and the *Report and Recommendation*[2] of United States Richard L. Bourgeois, Jr. dated July 10, 2026, to which to which an *Objection*[3] was filed. The Court has conducted a de novo review and concludes that the Objection lacks merit.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's *Second Emergency Motion for Temporary Restraining Order and Preliminary Injunction*[4] is DENIED.

Signed in Baton Rouge, Louisiana, on this 13th day of August, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Rec. Doc. 14.
[2] Rec. Doc. 15.
[3] Rec. Doc. 21.
[4] Rec. Doc. 14.